**GLOBAL CAPITAL LAW**
GARY HARRE, ESQ. (BAR NO. 86938)
DIANE BEALL, ATTY. (BAR NO. 86877)
8700 Warner Avenue, Suite 200
Fountain Valley, CA 92708
Telephone: (714) 907-4182
Facsimile:  (714) 907-4175
Email: ghcmecf@gmail.com

**Attorneys for Debtor and Plaintiff, Dan Shabtai**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA

| | |
|---|---|
| In re<br><br>DAN SHABTAI,<br><br>Debtor,<br><br>———————————————<br><br>DAN SHABTAI, an Individual.<br><br>Plaintiff,<br><br>-vs.-<br><br>BAC HOME LOANS SERVICING, L.P.; RECONTRUST COMPANY N.A.; all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-100, Inclusive;<br><br>Defendants. | **Chapter 13**<br><br>**Case No.  8:10-bk-19720-ES**<br><br>**ADV. NO.: 8:10-ap-01567**<br><br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br>**SUPERIOR COURT OF CALIFORNIA LOS ANGELES NORTHWEST DISTRICT CASE NO. 088076**<br>STIPULATED JUDGMENT AND INJUNCTION<br><br>**[Filed concurrently with First Amended Adversary Complaint]** |

///

///

- - 1 - -
**Request for Judicial Notice, Stipulated Judgment and Injunction Superior Court State of California
for the County of Los Angeles Northwest District Case No. LC088076**

1 | COMES NOW debtor and plaintiff, DAN SHABTAI herein ("Plaintiff or SHABTAI,") through his Attorney and pursuant to Federal Rules of Evidence, Rule 201 (b), hereby requests that the Court take Judicial Notice of a related case in the Superior Court of California for the County of Los Angeles Northwest District Case No. LC 0888076.  BAC Home Loan Servicing LP entered a Stipulated Judgment and Injunction on September 20, 2008 in The Superior Court of California for the County of Los Angeles Northwest District Case No. LC 088076, "THE PEOPLE OF THE STATE OF CALIFORNIA V. COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; COUNTRYWIDE HOME LOANS, INC., A New York corporation; and FULL SPECTRUM LENDING, INC., a California corporation.  The Stipulated Judgment and Injunction on September 20, 2008, is related to the case at bar.

Wherefore the Plainitiff and Debtor respectfully requests the aforementioned attached document to be Judicially Noticed.

DATED: 02/28/2011          Respectfully Submitted;

_____
GARY HARRE, ESQ. (BAR NO. 86398)
DIANE BEALL, ATTY. (BAR NO. 86877)
Attorneys for Plaintiff, DAN SHABTAI

- - 2 - -
**Request for Judicial Notice, Stipulated Judgment and Injunction Superior Court State of California for the County of Los Angeles Northwest District Case No. LC088076**