GLOBAL CAPITAL LAW
Gary Harre, SBN 86938
Diane Beall, SBN 86877
8700 Warner Avenue, Suite 200
Fountain Valley, CA 92708
Telephone: (714) 907-4182
Facsimile: (714) 907-4175

Attorneys for Debtor/Plaintiff

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 10-ap-01567-ES |
| DAN SHABTAI, | Case No. 10-bk-19720-ES |
| Debtor, | Chapter 13 |
| —————————————— | **NOTICE OF CONTINUED STATUS CONFERENCE AND UPDATED STATUS REPORT** |
| DAN SHABTAI, | |
| Plaintiff, | DATE: June 9, 2011 |
| vs. | TIME: 9:30 A.M. |
| | PLACE: United States Bankruptcy Court |
| BAC HOME LOOANS SERVICING, L.P.; | 411 W. 4th Street |
| RECONTRUST COMPANY N.A.; all persons | Courtroom 5 A, 5th Floor |
| claiming by, through, or under such person, all | Santa Ana, CA 92701 |
| persons unknown, claiming any legal or | |
| equitable right, title, estate, lien, or interest in | |
| the property described in the complaint | |
| adverse to Plaintiff's title thereto; and DOES | |
| 1-100, Inclusive; | |
| Defendants. | |

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE; AMRANE COHEN, CHAPTER 13 TRUSTEE; THE OFFICE OF THE UNITED STATES TRUSTEE; AND TO ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Status Conference in the above-referenced adversary proceeding has been continued to June 9, 2011 at 9:30 a.m., in Courtroom 5 A, located at 411 W. Fourth Street, Santa Ana, CA 92701.

**PLEASE TAKE FURTHER NOTICE** that an updated Status Report is to be filed by the parties to this adversary proceeding by May 26, 2011.

Respectfully submitted.

Dated:  March 4, 2011                                **GLOBAL CAPITAL LAW**

_/s/  Gary Harre _____
Gary Harre, Esq.
Diane Beall, Esq.
Attorneys for Plaintiff DAN SHABTAI

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My address is: 8700 Warner Avenue, Suite 200, Fountain Valley, CA 92708

A true and correct copy of the foregoing document described as **Notice of Continued Status Conference and Updated Status Report** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 4, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Amrane (SA) Cohen (TR)    efile@ch13ac.com
- Gary L Harre    ghcmecf@gmail.com
- Christopher O Rivas    crivas@reedsmith.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On March 4, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Erithe A. Smith          Douglas Stern
411 W. Fourth Street, Suite 5041    Fidelity National Title Group, Inc.
Santa Ana, CA 92701                 17911 Von Karman Avenue, Suite 300
                                    Irvine, CA 92614

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on          I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 4, 2011 | Judi Cicco | /s/  Judi Cicco |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTICE OF CONTINUED STATUS CONFERENCE AND UPDATED STATUS REPORT**
- 3 -