United States Bankruptcy Court
Central District of California

Shabtai,
     Plaintiff

Adv. Proc. No. 10-01567-ES

Countrywide Home Loans,
     Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 1     Date Rcvd: Mar 25, 2011
                      Form ID: pdf031    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2011.
aty         +Douglas W Stern,   Fidelity National Title Group Inc,   17911 Von Karman Ave Ste 300,   Irvine, CA 92614-6261
pla         +Dan Shabtai,   108 Coral Rose,   Irvine, CA 92603-0101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft          Bank of America Home Loans
dft          Countrywide Bank NA
dft          Countrywide Home Loans
dft          Landsafe Title
dft          Mortgage Electronic Registration Systems Inc
dft          Recon Trust Company
dft          Ticor Title Company of California
                                                                          TOTALS: 7, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 27, 2011**                               **Signature:** _Joseph Speetjens_

Pavel Ekmekchyan (SBN 223222)
Christopher Rivas (SBN 238765)
Monica J. Zi (SBN 245434)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:   +1 213 457 8000
Facsimile:   +1 213 457 8080

Attorneys for Defendants Countrywide Home Loans, Inc. (erroneously sued as "Countrywide Home Loans, (aka) Countrywide Bank"); Bank of America, N.A. (erroneously sued as "Countrywide Bank, N.A."); BAC Home Loans Servicing, L.P. (erroneously sued as "Bank of America Home Loans"); Mortgage Electronic Registration Systems, Inc.; ReconTrust Company, N.A. (erroneously sued as "Recon Trust Company"); and LandSafe Title of California, Inc. (erroneously sued as "Landsafe Title & Ticor Title Company of California")

**FILED & ENTERED**

**MAR 25 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY reid          DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DAN SHABTAI, PRO SE<br><br>Debtor. | Case No. 8:10-BK-19720-ES<br><br>Chapter 13 |
| IN RE DAN SHABTAI, PRO SE<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS (AKA) COUNTRYWIDE BANK, BANK OF AMERICA HOME LOANS, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (AKA) MERS, RECON TRUST COMPANY, LANDSAFE TITLE & TICOR TITLE COMPANY OF CALIFORNIA,<br><br>Defendants. | Adversary No. 8:10-AP-01567-ES<br><br>**ORDER REGARDING JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT AND TO EXTEND TIME FOR DEFENDANTS' REPLY TO 45 DAYS FROM DOS**<br><br>Complaint Filed: November 18, 2010<br>FAC Filed: February 28, 2011<br><br>Honorable Erithe A. Smith |

– 1 –

ORDER RE JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT AND TO EXTEND TIME FOR
DEFENDANTS' REPLY TO 45 DAYS FROM DOS

Having considered the Joint Stipulation between Plaintiff Dan Shabtai ("Plaintiff") and Defendants Countrywide Home Loans, Inc. (erroneously sued as "Countrywide Home Loans (aka) Countrywide Bank"); Bank of America, N.A. (erroneously sued as "Countrywide Bank, N.A."); BAC Home Loans Servicing, L.P. (erroneously sued as "Bank of America Home Loan"); Mortgage Electronic Registration Systems, Inc.; Recontrust Company, N.A. (erroneously sued as "Recon Trust Company"); and LandSafe Title of California, Inc.(erroneously sued as "Landsafe Title") (collectively, "Defendants") for Plaintiff to file a First Amended Complaint and to extend time for Defendants' response to the First Amended Complaint:

**IT IS HEREBY ORDERED THAT**

1. Plaintiff may file his First Amended Complaint on or before February 28, 2011;

2. Defendants shall have 45 days from the date of service of Plaintiff's First Amended Complaint to respond to the First Amended Complaint.

# # #

DATED: March 25, 2011

*Erithe A. Smith*
United States Bankruptcy Judge

| In re:   Dan Shabtai, Pro Se v. Countrywide Home Loans, et al. | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 8:10-AP-01567-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

355 South Grand Ave., Suite 2900, Los Angeles CA 90071

A true and correct copy of the foregoing document described [PROPOSED] ORDER REGARDING JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT AND TO EXTEND TIME FOR DEFENDANTS' REPLY TO 45 DAYS FROM DOS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 4, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On March 4, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 4, 2011 | Yolanda Rodriguez | /s/Yolanda Rodriguez |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re:   Dan Shabtai, Pro Se v. Countrywide Home Loans, et al. | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 8:10-AP-01567-ES |

**ADDITIONAL SERVICE INFORMATION** (if needed):

| SERVED BY U.S. MAIL ||
|---|---|
| Amrane Cohen<br>United States Trustee<br>411 West Fourth Street<br>Suite 9041<br>Santa Ana, CA 92701 | Gary Harre<br>8700 Warner Avenue, Suite 200<br>Fountain Valley, VA 92708 |
| Douglas W. Stern<br>Fidelity National Title Group, Inc<br>17911 Von Karman Ave Ste 300<br>Irvine, CA 92614 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                **F 9013-3.1**

| In re: Dan Shabtai, Pro Se v. Countrywide Home Loans, et al. | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER 8:10-AP-01567-ES |

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4)**  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) [PROPOSED] ORDER REGARDING JOINT STIPULATION TO FILE FIRST AMENDED COMPLAINT AND TO EXTEND TIME FOR DEFENDANTS' REPLY TO 45 DAYS FROM DOS was entered on the date indicated as   Entered   on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**   Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of___March 8, 2011___, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Amrane (SA) Cohen (TR)
efile@ch13ac.com

Gary L Harre on behalf of Plaintiff Dan Shabtai
ghcmecf@gmail.com

Christopher O Rivas on behalf of Defendant Bank of America Home Loans
crivas@reedsmith.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Douglas W Stern on behalf of Defendant Ticor Title Company of California
Fidelity National Title Group Inc
17911 Von Karman Ave Ste 300
Irvine, CA 92614

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an   Entered   stamp, the party lodging the judgment or order will serve a complete copy bearing an   Entered   stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                           **F 9021-1.1**