GLOBAL CAPITAL LAW, P.C.
Gary Harre, SBN 86938
8700 Warner Avenue, Suite 200
Fountain Valley, CA 92708
Telephone: 714-907-4182
Facsimile: 714-907-4182

Attorney for DAN SHABTAI

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>DAN SHABTAI,<br><br>    Debtor<br><br>―――――――――――<br><br>DAN SHABTAI, an individual<br><br>    Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS (AKA) COUNTRYWIDE BANK, BANK OF AMERICA HOME LOANS, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (AKA) MERS, RECON TRUST COMPANY, LANDSAFE TITLE & TICOR TITLE COMPANY OF CALIFORNIA,<br><br>    Defendant. | Case No. 8:10-AP-01567-ES<br><br>Case No. 8:10-BK-19720-ES<br><br>Chapter 13<br><br>**NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL OF DOCKET NO. 1, ADVERSARY CASE 8:10-AP-01567-ES COMPLAINT BY DAN SHABTAI AGAINST COUNTRYWIDE HOME LOANS, COUNTRYWIDE BANK NA, BANK OF AMERICA HOME LOANS, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., RECON TRUST COMPANY, LANDSAFE TITLE, TICOR TITLE COMPANY OF CALIFORNIA. NATURE OF SUIT: (62 (DISCHARGEABILITY-523(a), FALSE PRETENSES, FALSE REPRESENTATION, ACTUAL FRAUD)), (21 (VALIDITY, PRIORITY OR EXTENT OF LIEN OR OTHER INTEREST IN PROPERTY))** |

/ / /

/ / /

/ / /

/ / /

**NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL OF DOCKET NO. 1, ADVERSARY CASE 8:10-ap-01567-ES. COMPLAINT BY DAN SHABTAI AGAINST COUNTRYWIDE HOME LOANS**
- 1 -

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE; AMRANE COHEN, CHAPTER 13 TRUSTEE; THE OFFICE OF THE UNITED STATES TRUSTEE; DEFENDANTS COUNTRYWIDE HOME LOANS, COUNTRYWIDE BANK, BANK OF AMERICA HOME LOANS, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., RECON TRUST COMPANY, LANDSAFE TITLE AND TICOR TITLE COMPANY OF CALIFORNIA; AND TO ALL OTHER INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN** that Plaintiff Dan Shabtai through his attorneys of record at Global Capital Law, P.C. hereby voluntary dismisses, Docket No. 1, Adversary Case 8:10-ap-01567-ES Complaint by DAN SHABTAI against COUNTRYWIDE HOME LOANS (AKA) COUNTRYWIDE BANK, BANK OF AMERICA HOME LOANS, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (AKA) MERS, RECON TRUST COMPANY, LANDSAFE TITLE & TICOR TITLE COMPANY OF CALIFORNIA, Nature of Suit:  (62 Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)), (21 (validity, priority or extent of lien or other interest in property)) filed in this matter on November 18, 2010.

Respectfully submitted.

Dated:  April 27, 2011           **GLOBAL CAPITAL LAW, P.C.**

   /s/  Gary Harre _____
Gary Harre, Esq.
Attorney for Dan Shabtai

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My address is: 8700 Warner Avenue, Suite 200, Fountain Valley, CA 92708

A true and correct copy of the foregoing document described as **Notice of Plaintiff's Voluntary Dismissal of Docket No. 1, Adversary Case 8:10-ap-01567-ES. Complaint by Dan Shabtai Against Countrywide Home Loans, Mortgage Electronic Registration Systems Inc., Recon Trust Company, Landsafe Title, Ticor Title Company of California** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 27, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Amrane (SA) Cohen (TR)    efile@ch13ac.com
- Gary L Harre    ghcmecf@gmail.com
- Christopher O Rivas    crivas@reedsmith.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On April 27, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Erithe A. Smith  
411 W. Fourth Street, Suite 5041  
Santa Ana, CA 92701

Douglas W. Stern  
Fidelity National Title Group Inc.  
17911 Von Karman Avenue, Suite 300  
Irvine, CA 92614

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 27, 2011 | Delores Jackson | /s/ Delores Jackson |
|---|---|---|
| *Date* | *Type Name* | *Signature* |